1   Scott Gratton
    Seth Cunningham
    BROWN LAW FIRM, P.C.
2   315 North 24th Street
    P. O. Drawer 849
3   Billings, MT 59103-08049
    (406) 248-2611
4   Fax: (406) 248-3128

5   *Attorneys for Defendants*

6

7              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE DISTRICT OF MONTANA**
8                       **BUTTE DIVISION**

9   LOREILEI SOANES,                    )    Cause No:
                                        )
10                      Plaintiff,      )    Judge: _____
                                        )
11      vs.                             )    **DEFENDANT        CAROLINA
                                        )    CASUALTY        INSURANCE
12                                           COMPANY'S ANSWER,
                                        )    AFFIRMATIVE DEFENSES AND
13                                           DEMAND FOR JURY TRIAL**
    CAROLINA CASUALTY INSURANCE         )
14  COMPANY and BIG SKY ADJUSTERS,      )
    INC., A Montana Corporation,        )
15                                      )
                        Defendants.     )
16

17

18          COMES NOW Defendant Carolina Casualty Insurance Company (Carolina Casualty),

19  through its attorney of record, and sets forth the following Answer and Affirmative Defenses to

20  Plaintiff's Complaint:

21                          **PLAINTIFF'S COUNT I:**

22  1.     With respect to the allegations set forth in Paragraph 1 and upon information and belief,

23         Defendants admit the allegations set forth therein and attached as Exhibit "A". As such,

24         Plaintiff is a resident of the country of Canada for purposes of residency issues.

25  2.     Defendants admit the allegations set forth in Paragraph 2, and that Carolina Casualty

26         Insurance Company organized and existing under the laws of the State of Iowa with its

27

28

1       principle place of business as Jacksonsville, Fla.

2   3.  Defendants admit the allegations set forth in Paragraph 3 and affirmatively assert that Big

3       Sky Adjusting, Inc., (hereinafter "Big Sky"), named as a Defendant in this action wherein it

4       was acting within the course and scope of its contractual relationship with Lon Dale, attorney

5       in fact for Defendants in the case of *Lorelei Soanes v. Michael L. Heidecker and Hinman*

6       *Trucking,* Cause No. DV 08-1023, Yellowstone County District Court, and that it was

7       appropriate for Big Sky to propound upon and receive a response to the Request for

8       Statement of Damages showing that the parties have diversity of citizenship in this matter

9       and for jurisdictional purposes the amount in controversy exceeds Seventy-Five Thousand

10      Dollars ($75,000.00). (See Exhibits "B" and "C", Request for Statement of Damages and

11      Response to the same).

12  4.  Defendant Carolina Casualty admits the allegations set forth in Paragraph 4.

13

14  5.  With respect to the allegations set forth in Paragraph 5, Defendant Carolina Casualty admits

15      that Michael L. Heidecker (hereinafter "Heidecker") was operating his truck in the ordinary

16      course and scope of his employment with Rick Hinman Trucking, Inc. (hereinafter

17      "Hinman") on the date of the accident alleged in the Complaint and through jury trial of

18      *Lorelei Soanes v. Michael L. Heidecker and Hinman Trucking.* Although it was and still is

19      contested, despite the jury verdict that found Hinman and Heidecker negligent, the remaining

20      allegations are denied to the extent that Plaintiff might try to claim that any admission of the

21      finding of negligence by the trial court of that case and ultimately liability on their part, was

22      somehow reasonably clear and that allegation is specifically, and unequivocally, denied.

23  6.  Defendant Carolina Casualty specifically denies each and all of the remaining allegations of

24      Paragraphs 6, 7, 8, 9, 10, 11, and 12, and affirmatively assert that liability for the accident

25      was contested by defense counsel for Hinman and Heidecker and that this was done

26      appropriately.

27

28

1                                    PLAINTIFF'S COUNT II:

2    7.      Defendant Carolina Casaulty, in response to the allegations set forth in

3            Paragraph 13, re-alleges and incorporates by reference the defenses and assertions of

4            fact set forth in the above paragraphs 1 through 6 of the Answer to paragraphs 1

5            through 12 of the Complaint.

6    8.      With respect to the allegations set forth in Paragraph 14, Defendant Carolina Casualty denies

7            that liability for Plaintiff's injuries was reasonably clear. Defendant affirmatively asserts that

8            liability for Plaintiff's claims against Hinman and Heidecker was contested up through the

9            time that the verdict was rendered and that Carolina Casualty paid the verdict against Hinman

10           and Heidicker in the amount of $867,000.  Defendant Carolina Casualty specifically avers

11           that it had previously advanced paid Plaintiff pursuant to the Montana Voluntary Payment of

12           Claims statute the sum of $80,078.40 reserving by reference therein all benefits of the statute,

13           including but not limited to the right to contest liability and ensure that the jury was not

14           apprised of the advance payment which met all mandates of *Ridley*. Defendants further assert

15           that that common law cited in Paragraph 14 of Plaintiff's First Amended Complaint (*Ridley*

16           *v. Guaranty National* and *DuBray v. Farmers Insurance Exchange*) only requires the

17           advance payment of causally related medical expenses and/or causally related, reasonably

18           certain, and by extension in *Dubray* to  lost wages, where liability is determined as being

19           reasonably clear.  Liability for Ms. Soanes claims in the underlying litigation was not

20           reasonably clear however all advancements were made pursuant to the Montana Voluntary

21           Payment of Claims statute and through an interpleader action appropriately filed by Defense

22           Counsel in the underlying case.

23   9.      With respect to the allegations set forth in Paragraph 15, Defendant Carolina Casualty denies

24           all of the allegations and asserts that its conduct does not meet the requirements under

25           Montana Statutory and/or Common Law that it acted with malice nor that Plaintiff is entitled

26           to recover punitive damages against Carolina Casualty pursuant to Sections 27-1-220 and

27

28

1    221 for any violations under Section33-18-242(4), MCA. Defendant Carolina Casualty

2    affirmatively asserts that it cannot be held liable for punitive damages as Plaintiff's cannot

3    meet the legal standard required for an award of such damages under Montana law.

4    Defendant Carolina Casualty denies that liability for Plaintiff's resulting injuries was

5    reasonably clear and because liability for Plaintiff's injuries and damages was contested,

6    Defendants had no duty to advance pay Plaintiff's causally related medical expenses, despite

7    doing so, and/or Plaintiff's reasonably certain and causally related lost wages/income.

8    Defendant Carolina Casualty, through the assistance of its counsel, Lon Dale, herein

9    affirmatively asserts that it cannot be held liable for damages under MCA § 33-18-242

10   because it had a reasonable basis in fact and/or under law to deny liability for the Plaintiff's

11   claimed injuries and damages alleged in the underlying claim, *Lorelei Soanes v Michael L.*

12   *Heidecker and Rick Hinman Trucking, Inc.,* Cause No. DV 08-1023, Yellowstone County

13   District Court.

### FIRST AFFIRMATIVE DEFENSE

15   The Complaint fails to state a claim upon which relief may be granted and should be

16   dismissed with prejudice.

### SECOND AFFIRMATIVE DEFENSE

18   Defendant had a reasonable basis in law and/or fact for its actions in this case.

### THIRD AFFIRMATIVE DEFENSE

20   Defendant asserts the defenses set forth in § 33-18-242, MCA.

### FOURTH AFFIRMATIVE DEFENSE

22   Plaintiff has failed to satisfy the standard for punitive damages.

### FIFTH AFFIRMATIVE DEFENSE

24   Defendant was not required to second guess the informed opinions of defense counsel in the

25   underlying claim, *Lorelei Soanes v Michael L. Heidecker and Rick Hinman Trucking, Inc.,*

26   Cause No. DV 08-1023, Yellowstone County District Court, and has relied upon the same in

27

28

1    its determinations of issues throughout the handling of this matter.

2                            **SIXTH AFFIRMATIVE DEFENSE**

3    Liability in the underlying case was contested and was never reasonably clear.

4                           **SEVENTH AFFIRMATIVE DEFENSE**

5    Liability in the underlying case was contested and was never reasonably clear with clear and

6    convincing evidence or under the standards provided by the Montana Supreme Court at the

7    time that decisions in the underlying case had to be made.

8                            **EIGHTH AFFIRMATIVE DEFENSE**

9
     Plaintiff's claims are barred by the applicable statute of limitations.
10

11                           **NINTH AFFIRMATIVE DEFENSE**

12   Punitive and exemplary damages claimed are violative of the United States Constitution and the

13   Constitution of the State of Montana as being violative of the due process clause, the equal

14   protection clause, Article II, Section 25 of the Montana Constitution and the Fifth Amendment of the

15   United States Constitution relating to double jeopardy and Article II, Section 22 of the Montana

16   Constitution and the Eighth Amendment to the United States Constitution prohibiting the imposition

17   of excessive fines.

18
19         WHEREFORE, having fully answered Plaintiff's Complaint, Defendant Carolina Casualty prays

20   for judgment against Plaintiff, dismissing her Complaint with prejudice and awarding Defendant its costs

21   of suit and such other and further relief as may be deemed proper.

22                           **<u>DEMAND FOR JURY TRIAL</u>**

23         Defendant Carolina Casualty demands trial by jury in this matter.

24
25
26
27
28

1    DATED this 8th day of September, 2010.

2

3                                    By:    /s/Scott G. Gratton

4                                           Scott G. Gratton
                                            BROWN LAW FIRM, P.C.
5                                           *Attorney for Defendant Carolina Casualty*
                                            *Insurance Company*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2   I hereby certify that, on September 8th, 2010, a copy of this Answer was served on
3   the following person(s):

4       1.      U.S District Court, Butte Division

5       2.      Montana Second Judicial District Court, Silver Bow County
6               Clerk of District Court
                155 W. Granite St., Room 313
7               Butte, MT 59701
8

9       3.      Alexander (Zander) Blewett, III
                Kurt M. Jackson
10              HOYT & BLEWETT PLLC
                P. O. Box 2807
11              Great Falls, MT 59403-2807
12                              and
13
                Sara R. Sexe
14              MARRA, SEXE, EVENSON & BELL, P.C.
                P. O. Box 1525
15              Great Falls, MT 59403-1525
                *Attorneys for Plaintiff*
16
        4.      Mark A. Vucurovich, ESQ.
17              HENNINGSEN, VUCUROVICH
                & RICHARDSON, P.C.
18              116 West Granite, P.O. Box 399
                Butte, MT 59701
19              *Attorneys for Defendant Big Sky Adjusters, Inc.*

20  by the following means:
21

22      _1, 3_ CM/ECF                              _____Fax
        _____Hand Delivery                        _____E-Mail
23      __2__U.S. Mail                             _____Overnight Delivery Services
24

25                                  By:  _/s/ Scott G. Gratton_____
26                                       Scott G. Gratton
                                         BROWN LAW FIRM, P.C.
27                                       *Attorney for Defendant Carolina*
28                                       *Casualty Insurance Company*

# COMMISSIONER OF SECURITIES & INSURANCE

MONICA J. LINDEEN
COMMISSIONER



OFFICE OF THE MONTANA
STATE AUDITOR

*Summons* KB

R 17279

June 29, 2010

CERTIFIED MAIL - RETURN RECEIPT REQUESTED

Batty Sutherland
Carolina Casualty Insurance Company
4600 Touchton Rd. E., Bldg. 100, Ste 400
Jacksonville, FL 32246

Dear Ms. Sutherland:

Attached is a *Summons* and *Complaint* in the case of:

LORELIE SOANES,

v.                                                                    Plaintiff,

CAROLINA CASUALTY INSURANCE
COMPANY and BIG SKY ADJUSTERS,
INC., a Montana Corporation,

Defendant,

originating in the District Court of the Second Judicial District of the State of Montana, in
and for the County of Silver Bow.

Service of Process was made June 25, 2010, upon the Commissioner of Insurance in
conformity with the provisions of the Montana Code. Please contact Darla Sautter at
(406) 444-2726 with any questions.

Sincerely,

JESSE LASLOVICH
Chief Legal Counsel

JAL/djs
Enclosures

cc:    Alaxander Blewett, III, Esq.
       Attorney for Plaintiff

Phone: 1-800-332-6148 / (406) 444-2040 / Main Fax: (406) 444-3497
Securities Fax: (406) 444-5558 / PHS Fax: (406) 444-1980 / Legal Fax (406) 444-3499
840 Helena Ave., Helena MT 59601   Website: www.csi.mt.gov   E-Mail: csi@mt.gov

**Exhibit A**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD AT DOTTED LINE

**CERTIFIED MAIL**

7009 0080 0002 4344 0119

**COPY**

```
 1   Alexander (Zender) Blewett, III, Esq.
     HOYT & BLEWETT PLLC
 2   P.O. Box 2807
     Great Falls, MT 59403-2807
 3   (406)761-1960 - Phone
     (406)761-7186 - Fax
 4
     Sara R. Sexe, Esq.
 5   MARRA, SEXE, EVENSON & BELL, P.C.
     P.O. Box 1525
 6   Great Falls, MT 59403
     (406) 268-1000 - Phone
 7   (406) 761-2610
 8   Attorneys for Plaintiff
 9
10        MONTANA SECOND JUDICIAL DISTRICT COURT, SILVER BOW COUNTY
11              * * * * * * * * * * * * * * *
12   LORELEI SOANES,                    )   CAUSE NO. DV-/0-dCS
                                        )
13              Plaintiff,              )   Judge:     KURT KRUEGER
                                        )             Judge, Dept. 1
14        -vs-                          )   SUMMONS
                                        )
15   CAROLINA CASUALTY INSURANCE        )
     COMPANY and BIG SKY ADJUSTERS,     )
16   INC., A Montana Corporation,       )
                                        )
17              Defendants.             )
18              * * * * * * * * * * * * * * *
     TO:  THE ABOVE-NAMED DEFENDANT, CAROLINA CASUALTY
19        INSURANCE COMPANY
20        You are hereby summoned to answer Plaintiff's Complaint and Demand for Jury Trial in
21   this action which is filed in the office of the Clerk of this Court, a copy of which is herewith
22   served upon you, and to file your Answer and serve a copy thereof upon the Plaintiff's attorneys,
23   Hoyt & Blewett PLLC, P.O. Box 2807, Great Falls, Montana, 59403-2807, and Marra, Sexe,
24   Evenson & Bell, P.C., P.O. Box 1525, Great Falls, MT 59403, within thirty (30) days after the
25   service of this Summons, exclusive of the day of service. In case of your failure to appear or
26   answer, judgment will be taken against you by default for the relief demanded in Plaintiff's
27   Complaint and Demand for Jury Trial.
28   //
```

1

2   WITNESS my hand and the seal of said Court this 22 day of June, 2010.

3                                        LORI MALONEY, DISTRICT COURT CLERK

4

5   (COURT SEAL)

6                              By:  R O'Neill

7                                              Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**COPY**

1 | Alexander (Zander) Blewett, III, Esq.
HOYT & BLEWETT PLLC
2 | P.O. Box 2807
Great Falls, MT 59403-2807
3 | (406)761-1960 - Phone
(406)761-7186 - Fax
4 |
Sara R. Sexe, Esq.
5 | MARRA, SEXE, EVENSON & BELL, P.C.
P.O. Box 1525
6 | Great Falls, MT 59403
(406) 268-1000 - Phone
7 | (406) 761-2610

8 | Attorneys for Plaintiff

9 | MONTANA SECOND JUDICIAL DISTRICT COURT, SILVER BOW COUNTY

10 | * * * * * * * * * * * * * *

11 | LORELEI SOANES,                           )  CAUSE NO. DV-10-253
                                            )
12 |                Plaintiff,                )  Judge:   KURT KRUEGER
                                            )           Judge, Dept 1
13 |        -vs-                              )
                                            )  COMPLAINT AND
14 | CAROLINA CASUALTY INSURANCE              )  DEMAND FOR JURY TRIAL
     COMPANY and BIG SKY ADJUSTERS,         )
15 | INC., A Montana Corporation,             )
                                            )
16 |                Defendants.              )
                                            )
17 |

18 | * * * * * * * * * * * * * *
       COMES NOW the above-named Plaintiff and for her claims against Defendants states

19 | and alleges as follows:

20 |                              COUNT I

21 |        1.     Plaintiff, Lorelei Soanes, is a citizen of Canada, residing in Edmonton Alberta.

22 |        2.     Defendant, Carolina Casualty Insurance Company (Carolina Casualty) is a foreign

23 | insurance company carrying out an insurance business in the state of Montana.

24 |        3.     Defendant, Big Sky Adjusters Inc., is a Montana corporation engaged in the

25 | business of adjusting insurance claims in the state of Montana, with its principal place of

26 | business in Butte, Silver Bow County, Montana, and at all times material herein acted as the

27 | agent and adjuster for Carolina Casualty regarding the claims of Lorelei Soanes.

28 |        4.     Defendant, Carolina Casualty, insured Michael L. Heidecker and Rick Hinman

1    Trucking, Inc., for motor vehicle liability coverage for operations in a number of states, including

2    the state of Montana.

3        5.      On December 5, 2005, Michael L. Heidecker was operating a truck in the ordinary

4    course and scope of his employment with Rick Hinman Trucking, Inc., and negligently caused

5    the truck he was operating to back into Lorelei Soanes, who suffered significant personal injuries.

6        6.      As of the date of the accident, or very soon thereafter, Michael L. Heidecker and

7    Rick Hinman Trucking, Inc.'s liability for the subject accident and Plaintiff's injuries and

8    damages was reasonably clear.

9        7.      Despite such reasonably clear liability, Defendant, Carolina Casualty, and its

10   agent adjuster, Big Sky Adjusters, Inc., denied any and all liability for Plaintiff's bodily injury

11   and damages.

12       8.      Carolina Casualty and Big Sky Adjusters Inc., committed the torts, alleged below,

13   in the county of Silver Bow and Defendant, Big Sky Adjusters, Inc., is a resident of the county of

14   Silver Bow.  As a result, venue is proper in the county of Silver Bow.

15       9.      Defendants violated § 33-18-201(6), MCA, by failing and neglecting to attempt in

16   good faith to effectuate a prompt, fair and equitable settlement of Plaintiff's claims once liability

17   had become reasonably clear.

18       10.     Defendants also violated § 33-18-201(4), MCA, by refusing to pay Plaintiff's

19   claims without conducting a reasonable investigation based upon all available information.

20       11.     As a direct and proximate result of Defendants' above-mentioned violations,

21   Plaintiff suffered damages and Defendants are liable for all such damages, pursuant to

22   § 33-18-242, MCA, in an amount to be proven at the time of trial, including her emotional

23   distress, loss of use of money, which should have been paid, and such other relief as the Court

24   deems just under the circumstances.

25       12.     Defendants' conduct and violations of law, as hereinabove alleged, constitute

26   malice under § 27-1-221, MCA, and Plaintiff is, therefore, entitled to recover punitive damages

27   against Defendants, pursuant to §§ 27-1-220 and 221, MCA, and § 33-18-242(4), MCA.

28

2

## COUNT II

13.   Plaintiff restates and realleges each and every fact and allegation stated in ¶ 1 - 12 above.

14.   Defendants had a common law duty to deal reasonably with Plaintiff as a claimant and Defendants breached that duty, directly and proximately causing Plaintiff to suffer damages as set forth above, and Defendants are liable for all such damages, pursuant to § 33-18-201, MCA, and/or the common law of the State of Montana, all in an amount to be proven at the time of trial.

15.   Defendants' conduct, in violating their common law duties, constitutes malice under § 27-1-221, MCA, and Plaintiff is, therefore, entitled to recover punitive damages against Defendants, pursuant to § 27-1-220 and 221, MCA, and § 33-18-242(4), MCA.

WHEREFORE, Plaintiff prays for judgment against Defendants under Count I for all damages to which she is entitled under Montana law, including emotional distress, loss of use of the money, punitive damages, and her costs and disbursements incurred herein, and any further relief as may be justified under the circumstances.

Pursuant to Count II, Plaintiff prays for judgment against Defendants for all damages to which she is entitled under Montana law, including emotional distress, loss of use of the money, and punitive damages, and her costs and disbursements incurred herein, and any further relief which may be justified under the circumstances.

DATED this 21 day of June, 2010.

Sara R. Sexe, Esq.
MARRA, SEXE, EVENSON & BELL, P.C.
P.O. Box 1525
Great Falls, MT 59403

HOYT & BLEWETT PLLC

By _Alexander Blewett III_
Alexander (Zander) Blewett, III, Esq.
P.O. Box 2807
Great Falls, MT  59403-2807

Attorneys for Plaintiff

3

1   ## DEMAND FOR JURY TRIAL

2   Plaintiff demands that all issues be tried before a jury.

3   DATED this 21 day of June, 2010.

4                           Sara R. Sexe, Esq.
                            MARRA, SEXE, EVENSON & BELL, P.C.
5                           P.O. Box 1525
                            Great Falls, MT 59403
6
                            HOYT & BLEWETT PLLC
7

8   By: _____
9       Alexander (Zander) Blewett, III, Esq.
        P.O. Box 2807
10      Great Falls, MT 59403-2807

11      Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

PARA.

ATTY.   s<s>SC</s>

SCANNED

E-MAILED

1   Alexander (Zander) Blewett, III, Esq.
    HOYT & BLEWETT PLLC
2   P.O. Box 2807
    Great Falls, MT 59403-2807
3   (406)761-1960 - Phone
    (406)761-7186 - Fax
4
    Sara R. Sexe, Esq.
5   MARRA, SEXE, EVENSON & BELL, P.C.
    P.O. Box 1525
6   Great Falls, MT 59403
    (406) 268-1000 - Phone
7   (406) 761-2610 - Fax

8   Attorneys for Plaintiff

9       MONTANA SECOND JUDICIAL DISTRICT COURT, SILVER BOW COUNTY

10                  * * * * * * * * * * * * * *

11  LORELEI SOANES,                    )     CAUSE NO.  DV-10-253
                                       )
12              Plaintiff,             )     Judge:  Hon. Kurt Krueger
                                       )     Judge Dept. No. 1
13          -vs-                       )
                                       )     PLAINTIFF'S STATEMENT
14  CAROLINA CASUALTY INSURANCE        )     OF CLAIM
    COMPANY and BIG SKY ADJUSTERS,     )
15  INC., A Montana Corporation,       )
                                       )
16              Defendants.            )
                                       )
17
                    * * * * * * * * * * * * * *

18       Plaintiff is making this statement of claim for damages, pursuant to Section 25-4-312,

19  MCA. The amount to which Plaintiff is entitled will be decided by an impartial jury from which

20  Plaintiff will request reasonable compensation for all the damages sustained as a result of the

21  Defendants' conduct. In order to comply with the request for statement of claim made by the

22  Defendant, Big Sky Adjusters, Inc., Plaintiff believes the jury could reasonably award Plaintiff

23  the following sums; however, the exact dollar amount will be solely within the discretion of the

24  jury:

25       1.      Plaintiff believes that a jury could reasonably award damages for loss of use of the

26  judgment, $867,000.00, with interest at 10% per annum from April 9, 2008, until Carolina

27  Casualty paid the judgment.

28       2.      Plaintiff believes that a jury could reasonably award general damages, including

                                                              **Exhibit  B**

1  emotional distress recoverable under Montana law in an amount to be determined by the jury,

2  which could exceed $300,000.

3      3.      Plaintiff believes that a jury could reasonably award punitive damages in an

4  amount to be determined by the jury based upon the egregiousness of the conduct of Defendants

5  and the net worth of the Defendants.

6      DATED this 26th day of August, 2010.

7      Sara R. Sexe, Esq.
       MARRA, SEXE, EVENSON & BELL, P.C.
8      P.O. Box 1525
       Great Falls, MT 59403

9
       HOYT & BLEWETT PLLC
10

11     By

12     Alexander (Zander) Blewett, III, Esq.
       P.O. Box 2807
13     Great Falls, MT  59403-2807

14     Attorneys for Plaintiff

15     **CERTIFICATE OF MAILING**

16     I do hereby certify that on this 26th day of August, 2010, I mailed a true and correct copy

17  of the above and foregoing through the United States Postal Service, postage prepaid, to the

18  following:

19
       Mark A. Vucurovich, Esq.
20     HENNINGSEN, VUCURVICH & RICHARDSON, P.C.
       116 West Granite
21     P.O. Box 399
       Butte, MT 59701
22     Attorneys for Big Sky Adjusters, Inc.

23     Scott G. Gratton
       BROWN LAW FIRM, P.C.
24     315 N. 24th Street
       P.O. Drawer 849
25     Billings, MT 59103-0849
       Attorneys for Defendant Carolina Casualty

26

27

28

2



## CERTIFICATE OF SERVICE BY MAILING

This is to certify that on the _9th_ day of August, 2010, the foregoing document was served upon the following counsel of record by depositing a true copy thereof in the United States mails, postpaid, addressed as follows, to-wit:

> Alexander (Zander) Blewett, III, Esq.
> Hoyt & Blewett PLLC
> P.O. Box 2807
> Great Falls, MT 59403-2807
>
> Sara R. Sexe, Esq.
> Marra, Sexe, Evenson & Bell, P.C.
> P.O. Box 1525
> Great Falls, MT 59403

> HENNINGSEN, VUCUROVICH
> & RICHARDSON, P.C.
>
> By: _Carly Harlan_
> P.O. Box 399
> Butte, Montana 59702

2     REQUEST FOR STATEMENT OF CLAIM

MARK A. VUCUROVICH, ESQ.
HENNINGSEN, VUCUROVICH
   & RICHARDSON, P.C.
116 West Granite, P.O. Box 399
Butte, Montana 59701
(406) 723-3219
Attorney for Defendant,
BIG SKY ADJUSTERS, INC.,
A Montana Corporation

## MONTANA SECOND JUDICIAL DISTRICT, SILVER BOW COUNTY

| | | |
|---|---|---|
| LORELEI SOANES, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No: DV-10-253 |
| | ) | |
| vs. | ) | |
| | ) | **REQUEST FOR STATEMENT OF** |
| CAROLINA CASUALTY INSURANCE | ) | **CLAIM** |
| COMPANY and BIG SKY ADJUSTERS, | ) | |
| INC., a Montana Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW, the Defendant, BIG SKY ADJUSTERS, INC., a Montana Corporation,

and herein requests a statement of all damages being sought against the Defendants in this

matter.

DATED this _____ day of August, 2010.

HENNINGSEN, VUCUROVICH
   & RICHARDSON, P.C.

By: _____
    Mark A. Vucurovich
    P.O. Box 399
    Butte, Montana 59701

1    REQUEST FOR STATEMENT OF CLAIM

**Exhibit C**



## CERTIFICATE OF SERVICE BY MAILING

This is to certify that on the __9th__ day of August, 2010, the foregoing document was served upon the following counsel of record by depositing a true copy thereof in the United States mails, postpaid, addressed as follows, to-wit:

> Alexander (Zander) Blewett, III, Esq.
> Hoyt & Blewett PLLC
> P.O. Box 2807
> Great Falls, MT 59403-2807
>
> Sara R. Sexe, Esq.
> Marra, Sexe, Evenson & Bell, P.C.
> P.O. Box 1525
> Great Falls, MT 59403

> HENNINGSEN, VUCUROVICH
> & RICHARDSON, P.C.
>
> By: _____
> P.O. Box 399
> Butte, Montana 59702

2    REQUEST FOR STATEMENT OF CLAIM