Clerk of Court
Silver Bow County District Court-Montana Second Judicial District
Courthouse
155 W. Granite St.
Butte, Mt. 59701

**FILED**

JAN 2 7 2011

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, BUTTE

Re: Remand of our case #CV-10-46-BU-RFC
    Your Assigned case #DV-10-253
    SOANES v. CAROLINA CASUALTY INSURANCE

Dear Clerk of Court:

Pursuant to the certified copy of Judge Cebull's Order, this case is remanded back to Silver Bow County District Court. Enclosed are the original state court documents and a CD of the subsequent e-filed documents. If you have any questions please feel free to call our office at (406) 497-1261.
Please acknowledge receipt of these documents on the copy of this letter and return to us in the envelope provided.

Sincerely,

CLERK, U.S. DISTRICT COURT

By: _[signature]_
Deputy Clerk

Date: 1-26-11

Signature Confirmation: LORI MALONEY _[signature]_