IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| LORELEI SOANES,<br><br>                Plaintiff,<br><br>v.<br><br>CAROLINA CASUALTY INSURANCE COMPANY and BIG SKY ADJUSTERS, INC., a Montana Corporation,<br><br>                Defendants. | Cause No. CV **10-46-BU-RWA**<br><br>**ORDER** |

    Plaintiff's counsel having moved for attorneys' fees and costs in the total amount of $12,232.70 by reason of Defendants' removal of this case to Federal Court, and the Defendants having failed to file an objection within the time allowed for objection,

    THE COURT HEREBY DIRECTS that Defendants shall pay to the Plaintiff the uncontested amount of $12,232.70 within thirty (30) days hereof.

    Done and dated this 22nd day of February, 2011.

                                            RICHARD W. ANDERSON
                                            UNITED STATES MAGISTRATE JUDGE